## Vidal *v.* El Registrador de la Propiedad.

Recurso gubernativo interpuesto contra nota del Registrador de la Propiedad de Ponce.

No. 18.—Resuelto en marzo 8, 1907.

Inscripción á Favor de Persona Distinta de la que Otorgue la Transmisión.—Apareciendo que la finca que pretende inscribir el recurrente, está inscrita á favor de persona distinta de la que otorgara la transmisión á su favor, procede denegar la inscripción.

Mandatario—Bienes de la Sociedad Conyugal.—Autorizado un mandatario para vender los bienes pertenecientes á su mandante, ó los que pudiera adquirir en lo sucesivo, no está autorizado para vender los bienes pertenecientes á la sociedad conyugal de su mandante, pues para ello se necesita mandato expreso.

Los hechos están expresados en la opinión.

La parte recurrente no compareció.

El Juez Presidente Sr. Quiñones emitió la opinión del tribunal.

*Visto* el presente recurso gubernativo interpuesto por Don Manuel J. Vidal, como mandatario verbal de Don Juan Lisa y Carrielli, contra nota del Registrador de la Propiedad de Ponce á inscribir una escritura de venta.

*Resultando:* que por escritura pública otorgada en Ponce, ante el abogado y notario de la misma Don Angel Acosta Quintero en 5 de febrero de 1906, Doña Isabel Curbelo y Machín, en su carácter de apoderada de su hija Doña Ana Valenciano y Curbelo, según el poder que le otorgara en la Isla de Curazao, asistida de su esposo Don Eduado Puertas y Martínez ante el notario de la misma isla, Mr. Jan Hendrich Rudooff Baanjon, en 13 de junio de 1903, por el que, entre otras facultades, la autorizó para vender los bienes que le pertenecieran ó que en lo sucesivo pudiera adquirir en Ponce ó en cualquier otro lugar de la Isla de Puerto Rico, vendió á Don Juan de Lisa y Carrielli un solar con tres casas de madera que se describen en dicha escritura; y que presentada ésta

al Registrador de la Propiedad de Ponce para su inscripción, en unión de una copia del poder conferido por Doña Ana Valenciano y Curbelo á su madre Doña Isabel Curbelo y Machín, legalizado en forma por el Cónsul de los Estados Unidos en la Isla de Curazao, denegó el registrador la inscripción solicitada por los fundamentos de la nota que puso al pie de la escritura, la que copiada literalmente, dice así:

"Denegada la inscripción del precedente documento por no aparecer inscrita la finca á favor de la vendedora y porque el poder con que representa á ésta Doña Isabel Curbelo, la autoriza solo para vender bienes propios de la mandante, cuya facultad no es aplicable á la enajenación de esta finca que, según su titulación, debe reputarse ganancial por ser casada Doña Ana Valenciano y Curbelo y haber adquirido á título oneroso; y tomada en su lugar anotación por cuatro meses al fólio 142 vuelto, del tomo 138 de esta ciudad, finca número 3386 duplicado, anotación letra B.—Ponce y septiembre 25 de 1906."

*Resultando:* que no conforme con esta resolución del registrador el presentante de la escritura, la dejó en poder de aquel funcionario para que la remitiese á esta Superioridad, á fin de que por esta misma se dicte la resolución que corresponda en el caso, como así lo verificó el registrador con su informe, en el que expuso las razones que estimó pertinentes en confirmación de su negativa.

*Considerando:* que con arreglo al artículo 20 de la Ley Hipotecaria de esta Isla "para inscribir ó anotar los títulos en que se transfiera ó grave el dominio ó la posesión de bienes inmuebles ó derechos reales, deberá constar previamente inscrito ó anotado el derecho de la persona que otorgue, ó en cuyo nombre se haga la transmisión ó gravamen y que los registradores denegarán la inscripción de dichos títulos mientras no se cumpla este requisito, siendo responsable directamente de los perjuicios que causen á un tercero por la infracción de este precepto" y que no estando inscritos el solar ni las casas á favor de Doña Ana Valenciano y Curbelo, como lo expresa el registrador en su nota, no procede la inscripción de la escritura.

*Considerando* á mayor abundamiento, que estando autorizada Doña Isabel Curbelo y Machín por su hija Doña Ana Valenciano tan sólo para vender los bienes que le pertenecieran ó que pudiera adquirir en lo sucesivo en Ponce ú otro lugar cualquiera de esta Isla, carecía de atribuciones para vender el solar y las casas de que se trata que correspondían á la sociedad conyugal de los esposos Don Eduardo Puertas y Martínez y Doña Ana Valenciano y Curbelo, por no constar que pertenecieran exclusivamente á la Doña Ana, según establece el artículo 1322 del Código Civil revisado, concordante con el 1407 del antiguo y por consiguiente, que careciendo de capacidad Doña Isabel Curbelo y Machín para vender, como mandataria de su hija Doña Ana Valenciano, los bienes de que se trata, adolece la escritura de un vicio de nulidad que no permite su inscripción en el registro de la propiedad.

*Vistos* los artículos 20 y 65 de la Ley Hipotecaria y 110 del Reglamento.

*Se confirma* la nota denegatoria puesta por el Registrador de la Propiedad de Ponce al pie de la escritura que motiva el presente recurso, y devuélvase dicha escritura al registrador con copia certificada de la presente resolución para su conocimiento y demás efectos que procedan con arreglo á derecho.

*Confirmada.*

Jueces concurrentes: Sres. Hernández, Figueras, MacLeary y Wolf.